IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** * <br> **Plaintiff** * <br> * <br> vs. * <br> * <br> **JACKELINE MORALES-CRUZ** * <br> **Defendant** * <br> ****************************************** | Cr. No.: 00CR10-01 (DRD) |

**MOTION REQUESTING MODIFICATION OF CONDITIONS**

TO THE HONORABLE DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, HUMBERTO MARCHAND, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Jackeline Morales-Cruz, who on September 29, 2000, was sentenced to 57 months of imprisonment and four years of supervised release term after pleading guilty of violating Title 21 U.S.C. § 963 - Importation of heroin.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 17, 2002, Your Honor granted our petition to amend her supervised released to include substance abuse treatment. Ms. Morales-Cruz is being supervised in the Southern District of New York since her release on June 14, 2004. Based on her mental health and substance abuse history, as documented in her pre-sentence report, we understand that her supervised release conditions should also be modified to include mental health services. Ms. Morales-Cruz

voluntarily agreed to this modification and as such, she signed the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release, which is hereby attached.

**WHEREFORE**, in lieu of the aforementioned, it is respectfully requested that the Court modify Mr. Morales-Cruz' conditions of supervised release to include participation in a mental health program for evaluation and/or treatment purposes.

In San Juan, Puerto Rico, this 22th day of December 2004.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


Humberto Marchand
U.S. Probation Officer

s/Humberto Marchand
U.S. Probation Officer
Federal Office Building, Room 143
150 Chardón Avenue
San Juan, P.R. 00918
787-766-5867
787-766-5945
humberto_marchand@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 22, 2004, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney's Office and Assistant Federal Public Defender Carlos Vázquez.

At San Juan, Puerto Rico, December 22, 2004.

                                                s/Humberto Marchand  
                                                U.S. Probation Officer  
                                                Federal Office Building, Office 143  
                                                San Juan, Pr 00918  
                                                787-766-5867  
                                                787-766-5945  
                                                humberto_marchand@prp.uscourts.gov

HM/