PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**The addition of a special condition requiring that I participate in a mental health and substance abuse treatment programs approved by the Probation Department.**

Witness: *Robin M. Rice*      Signed: *Jacqueline Morales-Cruz*
Robin M. Rice                            Jacqueline Morales-Cruz
U.S. Probation Officer              Supervisee

8/9/04
DATE

(Stamp: U.S. PROBATION OFFICE, PUERTO RICO DISTRICT, 2004 AUG 17 PM 5:17)