UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff(s)

v.

CRIM. No. 00-10-01 (DRD)

[1] JACKELINE MORALES CRUZ

Defendant

| MOTION | ORDER |
|---|---|
| Docket entries nos. **40**<br><br>Date: 12/22/2004<br><br>Title: **Motion requesting modification of conditions.** | ❏ GRANTED.<br><br>❏ DENIED.<br><br>❏ MOOT.<br><br>❏ NOTED.<br><br>**The request made by the U.S. Probation Office to modify releasee, Jackeline Morales Cruz' conditions of supervised release to include participation in a mental health program for evaluation and/or treatment purposes is GRANTED.** |

**IT IS SO ORDERED.**

Date: January 26, 2005

*S/ DANIEL R. DOMINGUEZ*
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**